**No. D-2547. In the Matter of Disbarment of Marvin Deon Wilson, Sr.**

562 U.S. 1254, 131 S. Ct. 1597, 179 L. Ed. 2d 495, 2011 U.S. LEXIS 1898.

February 28, 2011. Disbarment entered.

Former order, 562 U.S. 815, 131 S. Ct. 406, 178 L. Ed. 2d 271, 2010 U.S. LEXIS 7571.

**No. 10-114. Ricky D. Fox, Petitioner v. Billy Ray Vice, Chief of Police for the Town of Vinton, et al.**

562 U.S. 1266, 131 S. Ct. 1597, 179 L. Ed. 2d 495, 2011 U.S. LEXIS 1904.

March 4, 2011. Parties are directed to file letter briefs addressing the effect on this proceeding of the death of respondent Billy Ray Vice, and the failure to substitute an authorized representative of Vice as a party, under this Court's Rule 35.1. To the extent there are claims against Vice in his official capacity, the parties are further directed to address the effect of Rule 35.3 on this proceeding. Briefs, limited to 12 pages, are to be filed simultaneously with the Clerk and served upon opposing counsel on or before 2 p.m., Friday, March 11, 2011.

**No. 09-1396. Ricky Lee Allshouse, Jr., Petitioner v. Pennsylvania.**

562 U.S. 1267, 131 S. Ct. 1597, 179 L. Ed. 2d 495, 2011 U.S. LEXIS 1923.

March 7, 2011. On petition for writ of certiorari to the Supreme Court of Pennsylvania, Western District. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the Supreme Court of Pennsylvania, Western District, for further consideration in light of Michigan v. Bryant, 562 U.S. 344, 131 S. Ct. 1143, 179 L. Ed. 2d 93 (2011).

Same case below, 604 Pa. 65, 985 A.2d 847.

**No. 09-10146. Ruth Kane, Petitioner v. United States.**

562 U.S. 1267, 131 S. Ct. 1597, 179 L. Ed. 2d 495, 2011 U.S. LEXIS 2004.

March 7, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of Pepper v. United States, 562 U.S. 476, 131 S. Ct. 1229, 179 L. Ed. 2d 196 (2011). Justice Kagan took no part in the consideration or decision of this motion and this petition.

Same case below, 552 F.3d 748.

**No. 10-5829. Troy Nolan Harkness, Petitioner v. United States.**

562 U.S. 1268, 131 S. Ct. 1598, 179 L. Ed. 2d 495, 2011 U.S. LEXIS 2094.

March 7, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of Pepper v. United States, 562 U.S. 476, 131 S. Ct. 1229, 179 L. Ed. 2d 196 (2011).

Same case below, 367 Fed. Appx. 973.